IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 08 61 S |
| | : | CR. No. |
| V. | : | |
| | : | Violation of Title 18, United States Code, |
| RUSSELL FERRARA | : | Section 1001(a)(2) |

INFORMATION

The United States Attorney charges that:

On or about January 24, 2008, in the District of Rhode Island, in a matter within the jurisdiction of the Treasury Inspector General's Office, a part of the executive branch of the government of the United States, the defendant, RUSSELL FERRARA, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation; that is, he falsely represented that he was previously a Certified Public Accountant in the State of New York.

All in violation of 18 U.S.C. §1001(a)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ANDREW J. REICH
ASSISTANT U.S. ATTORNEY

LUIS M. MATOS
FIRST ASSISTANT U.S. ATTORNEY

7/17/08
DATE