AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

RUSSELL FERRARA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR08-61S

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| JOHN O. PASTORE FEDERAL BUILDING AND POST OFFICE<br>TWO EXCHANGE TERRACE, PROVIDENCE, RI | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>7/30/2008 11:30 am |

To answer a(n)

- [ ] Indictment
- [x] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 1001(a)(2)

Brief description of offense:

FALSE STATEMENT

Signature of Issuing Officer

7/22/2008

Date

JEANNINE NOEL, DEPUTY CLERK

Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date 7/28/08

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant at: 1189 SMITHFIELD, AVE LINCOLN. R-I

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/28/08
Date

BURTON STALLWOOD
Name of United States Marshal

C.A. Moore
(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2008 JUL 30 A 11:50
FILED

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.