AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.A.

v.

RUSSELL FERRARA

APPEARANCE

CASE NUMBER: CR-08-61 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for RUSSELL FERRARA

I certify that I am admitted to practice in this court.

7/31/08
*Date*

James E. O'Neil
*Signature*

JAMES E. O'NEIL 2097
*Print Name* *Bar Number*

SUITE A-103 1130 TEN ROD RD.
*Address*

N.K. R.I. 02852
*City* *State* *Zip Code*

401-667-7111 667-7112
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.