O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
JUL 21 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
RUSSELL FERRARA

WAIVER OF INDICTMENT

CR 08 61 S

CASE NUMBER:

I, RUSSELL FERRARA, the above named defendant, who is accused of

False Statement

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/30/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Russell P. Ferrara
RUSSELL FERRARA
Defendant

James E. O'Neil
JAMES E. O'NEIL, ESQ.
Counsel for Defendant

Before ______________________
Judicial Officer USMJ